**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JEFFERY LOCKWOOD WALLING, | ) | No. EDCV 09-2260-GAF(CW) |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| RIVERSIDE COUNTY SHERIFF'S DEP'T, | ) | |
| | ) | |
| Defendant, | ) | |

**IT IS ADJUDGED** that this action is dismissed, without prejudice, for failure to prosecute and failure to comply with Local Rule 41-6 and the orders of this court.

DATE: February 3, 2010

_____
GARY A. FEESS
United States District Judge